# EXHIBIT 3

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

\* \* \* \* \* \* \*

| | |
|---|---|
| Rhonda Harris,<br><br>    Plaintiff,<br><br>-vs-<br><br>KMG Prestige, Inc.,<br><br>    Defendant. | Case No. 1:11-cv-1251<br><br>Hon. ROBERT J. JONKER |

| | |
|---|---|
| GUINAN BISONET, PLLC<br>Brook J. Bisonet (P70849)<br>Attorneys for Plaintiff<br>41 Washington Avenue – Suite 250<br>Grand Haven, Michigan 49417<br>(616) 847-1234<br>brook@thirdcoastlaw.com | EMILY M. PETROSKI (P63336)<br>TIFFANY A. BUCKLEY-NORWOOD<br>(P69807)<br>JACKSON LEWIS LLP<br>Attorneys for Defendant<br>2000 Town Center, Suite 1650<br>Southfield, MI 48075<br>(248) 936-1900<br>(248) 936-1901 – fax<br>petroske@jacksonlewis.com<br>tiffany.buckley@jacksonlewis.com |

### SECOND AFFIDAVIT OF RHONDA HARRIS

I, Rhonda Harris, being duly sworn, state the following:

1. I recall completing an application for employment with KMG Prestige.

2. At the time of completing application, Amanda Baldridge told me that it did not matter what I put on the application.

3. When the completing the application, all of the statements were truthful based on what I was told by Flaherty and Collins at the time of my separation.

4. Based on the information I had, the person who alleged that I was falsifying applications had been fired and the company discovered the allegations were false.

5. After my employment began, I was discussing the allegations regarding the falsification of applications at Flaherty and Collins with Amanda Baldridge.

6. Amanda Baldridge told me that everyone has issues with employers and that it did not matter to her.

7. At the time of my termination from KMG Prestige, my back was injured due to a fall at work and I had surgery before returning in November of 2011.

8. I did not believe that my injury would affect the performance of my job.

9. At the time I left on medical leave, Ms. Baldridge or Mr. Soule never discussed with me that my job may be in jeopardy.

10. Along with Ms. Baldridge's comment about me being too old to work at Stonebrook, she also stated that my health issues made it difficult for her to have me working at Stonebrook.

11. At the time of my termination, Ms. Baldridge's statements about the reason for my termination related to my age and perceived physical condition.

I verify that the facts stated in this Affidavit are true, and that if sworn as a witness, I can testify with personal knowledge as to these facts.

Dated: December 31, 2012

*Rhonda K. Harris*
Rhonda Harris

Subscribed and sworn to before me
this 31st day of December, 2012.
*[signature]*
Notary Public, Ottawa County,
My Commission Expires: 9/7/2016

2